UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

```
------------------------------X
UNITED STATES OF AMERICA       :
                               :
v.                             :   No. 3:12-cr-00084 (AWT)
                               :
DONNA BELLO                    :
------------------------------X
```

## VERDICT FORM

**Part I.**

As to the charges set forth in the Indictment against the defendant, Donna Bello, we the Jury unanimously find:

**A.** On Count One, Conspiracy to Defraud the Internal Revenue Service:

_____ Not Guilty          __X__ Guilty

**B.** On Count Two, Filing a False Tax Return (calendar year 2008):

_____ Not Guilty          __X__ Guilty

**C.** On Count Three, Filing a False Tax Return (calendar year 2009):

_____ Not Guilty          __X__ Guilty

1

D. On Count Six, Wire Fraud (1/12/08):

   \_\_\_\_\_ Not Guilty        __X__ Guilty

E. On Count Eight, Wire Fraud (5/28/09):

   \_\_\_\_\_ Not Guilty        __X__ Guilty

F. On Count Nine, Wire Fraud (6/15/09):

   \_\_\_\_\_ Not Guilty        __X__ Guilty

G. On Count Ten, Wire Fraud (7/26/09):

   \_\_\_\_\_ Not Guilty        __X__ Guilty

H. On Count Eleven, Wire Fraud (7/28/09):

   \_\_\_\_\_ Not Guilty        __X__ Guilty

I. On Count Twelve, Wire Fraud (8/17/09):

   \_\_\_\_\_ Not Guilty        __X__ Guilty

J. On Count Thirteen, Wire Fraud (8/20/09):

   \_\_\_\_\_ Not Guilty        __X__ Guilty

K. On Count Fourteen, Wire Fraud (9/04/09):

   \_\_\_\_\_ Not Guilty        __X__ Guilty

L. On Count Fifteen, Wire Fraud (10/25/09):

     _____ Not Guilty          __X__ Guilty

M. On Count Sixteen, Wire Fraud (10/29/09):

     _____ Not Guilty          __X__ Guilty

N. On Count Seventeen, Wire Fraud (6/5/10):

     _____ Not Guilty          __X__ Guilty

O. On Count Eighteen, Conspiracy to Commit Wire Fraud:

     _____ Not Guilty          __X__ Guilty

**PROCEED TO PART II.**

**Part II.**

You have now completed your deliberations. Please sign and date this form.

Dated at Hartford, Connecticut, on this __20__ day of ___February___, 2013 at __4:00__ a.m./(p.m.)

_____
                                      Foreperson

3